UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,                                    No. 1:22-mj-00423

    vs.

LUCAS RUSSELL VANWOERT,

    Defendant.

                                                               MOTION TO SEAL

_____/

    Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Daniel Y. Mekaru, Assistant United States Attorney, and moves this court to seal the criminal complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

                                                                    Respectfully submitted,

                                                                    MARK A. TOTTEN
                                                                    United States Attorney

Dated: **Sep 27, 2022**

                                                                    _____
                                                                    DANIEL Y. MEKARU
                                                                    Assistant United States Attorney
                                                                    P.O. Box 208
                                                                    Grand Rapids, MI   49501-0208
                                                                    (616) 456-2404

    IT IS SO ORDERED.

Dated: **Sep 27, 2022**

                                                                   _____
                                                                    HON. PHILLIP J. GREEN
                                                                    United States Magistrate Judge
                                                                    United States District Court