USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **Western** DISTRICT OF **Michigan**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CRIMINAL NUMBER: |
| Lucas Russell Vanwoert | 22 CR 136 |

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Lucas Russell Vanwoert, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Ohio in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: December 21, 2023 at Toledo, Ohio

_____
*(Defendant)*
Lucas Russell Vanwoert

*(Witness)*
Charles M. Boss

*(Counsel for Defendants)*
Sara al-Sorghali

*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the
Northern District of
Ohio

_____
United States Attorney for the
Western District of
Michigan